COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II v. Sandcastle Homes, Inc.

Appellate case number:    01-13-00267-CV

Trial court case number:    2010-20973B

Trial court:    234th District Court of Harris County

Appellant Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II, has filed a "Motion for Injunction to Preserve this Court's Jurisdiction, or Alternatively, for Stay of Expungement Order," regarding the trial court's order dated June 29, 2011. The motion is **denied**.

It is so ORDERED.

Judge's signature:/s/ Sherry Radack
      ☑ Acting individually    ☐ Acting for the Court

Date:  April 19, 2013